UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00488-MOC

| | |
|---|---|
| **MELODY DAWN REINHARDT,** | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| **CAROLYN W. COLVIN,** | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on Paul B. Eaglin's Motion for *Pro Hac Vice* admission of Karl E. Osterhout (#3). Having considered the motions and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Paul B. Eaglin's Motion for *Pro Hac Vice* Admission of Karl E. Osterhout (#3) is GRANTED, and such attorney is admitted to practice *pro hac vice* Mr. Eaglin in this particular case.

Signed: September 22, 2014

Max O. Cogburn Jr.
United States District Judge